AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Darryll T. Peterson,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Kilolo Kijakazi.,

Case Number: 1:19-cv-00107-HCN

Defendant.

IT IS ORDERED AND ADJUDGED

That the commissioner's decision denying disability benefits is affirmed.

July 22, 2021

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge